FILED ___ ENTERED
____ LOGGED _____ RECEIVED
1:55 pm, Feb 22 2021
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___jf_____Deputy

HMG/PJM:USAO#2020R00104

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** PJM 21CR30 |
| v. | : | **(Theft Of Government Property, 18 U.S.C. § 641)** |
| **VENKATESH RAO,** | : | |
| Defendant. | : | |

...oOo...

## INFORMATION

The United States Attorney for the District of Maryland charges:

On or about November 9, 2019, in the District of Maryland and elsewhere, the defendant, **VENKATESH RAO**, did willfully and knowingly steal, purloin, and convert to his own use property of the Federal Reserve Board, to wit: proprietary documents used by the Federal Reserve Board to conduct bank stress tests.

18 U.S.C. § 641

  2-22-21     
Date

*Jonathan F. Lenzner/hmg*
JONATHAN F. LENZNER
ACTING UNITED STATES ATTORNEY