

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Harry M. Gruber* | *Office Address:* | DIRECT: 410-209-4835 |
| *Assistant United States Attorney* | *36 S. Charles Street, Suite 400* | MAIN: 410-209-4800 |
| *Harry.Gruber@usdoj.gov* | *Baltimore, MD 21201-3119* | FAX: 410-962-0122 |

May 13, 2021

Honorable Gina L. Simms
United States Magistrate Judge
United States District Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      Re:    <u>United States v. Venkatesh Rao</u>
               Crim. No. GLS-21-30

Dear Judge Simms:

      The government submits this letter in lieu of a sentencing memo with respect to the above-captioned matter, which is set for sentencing on May 28, 2021, at 10 a.m.

      The government has no objections to the presentence report, and further agrees that the guidelines calculation results in an adjusted offense level of four, with an advisory guidelines range of 0-6 months. *See* PSR, ¶ 45. The government also agrees that pursuant to the advisory guidelines, this Court has the discretion to not impose any period of incarceration. *Id.*

      The government intends to defer to the Court as to the appropriate sentence in this matter, including the issues raised in the defendant's memorandum regarding probation and the imposition of a fine.[1]

                                       Respectfully submitted,

                                       Jonathan F. Lenzner
                                       Acting United States Attorney

                           By:_____/s/_____
                                       Harry M. Gruber
                                       Peter J. Martinez
                                       Assistant United States Attorneys

cc:   George Allen Dale, Esq.

---

[1] In the defendant's sentencing memorandum, counsel indicated that he would have suggested a fine of $500, but did not object to a fine of $2,000, as recommended in the presentence report.